```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01588-HWV
Eric Jayson Moyer                                               Chapter 13
Diana Moyer
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: CGambini         Page 1 of 1         Date Rcvd: Apr 08, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5049629       +E-mail/Text: bankruptcy@loanpacific.com Apr 08 2019 19:33:07      Pacific Union Financial,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
               National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc.
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Eric Jayson Moyer pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Diana  Moyer pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01588-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Eric Jayson Moyer
321 Williams Street
Harrisburg PA 17113

Diana Moyer
321 Williams Street
Harrisburg PA 17113

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741
Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/10/19

Terrence S. Miller
**CLERK OF THE COURT**