# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eric Jayson Moyer<br>**Debtor 1**<br>Diana Moyer<br>a/k/a Diana Meck-Moyer<br>f/k/a Diana Meck<br>a/k/a Diane Moyer<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01588-HWV<br><br>**Matter:** Motion to Reconsider Order |

## DEBTOR(S)' MOTION TO RECONSIDER ORDER

AND NOW, come the Debtor(s), Eric Jayson Moyer and Diana Moyer, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about April 18, 2018.

2. On or about April 14, 2021, the Standing Chapter 13 Trustee filed a Motion to Dismiss Debtor(s)' case for a material default (hereinafter "Motion").

3. The hearing on the Motion was held on May 12, 2021 at which the Motion was granted dismissing the case.

4. An Order dismissing Debtor(s)' case was entered on May 13, 2021.

5. Debtor(s) contacted counsel after the dismissal and indicated that Debtor 2 lost her income due to the COVID-19 pandemic in November 2020 but has since regained employment and they wish to have their case proceed.

6. Debtor(s) intend to file a Motion to Modify Plan and amended plan to cure all arrears owed to the Standing Chapter 13 Trustee.

7. Debtor 1 is employed and able to be wage attached.

8. The Standing Chapter 13 Trustee concurs with the filing of this Motion.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order dismissing the case and allow the case to proceed.

                                              Respectfully submitted,
                                              **DETHLEFS PYKOSH & MURPHY**

Date: May 21, 2021                              /s/ Paul D. Murphy-Ahles

                                              Paul D. Murphy-Ahles, Esquire
                                              PA ID No. 201207
                                              2132 Market Street
                                              Camp Hill, PA 17011
                                              (717) 975-9446
                                              pmurphy@dplglaw.com
                                              *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eric Jayson Moyer<br>**Debtor 1**<br>Diana Moyer<br>a/k/a Diana Meck-Moyer<br>f/k/a Diana Meck<br>a/k/a Diane Moyer<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01588-HWV<br><br>**Matter:** Motion to Reconsider Order |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of May 13, 2021 IS HEREBY RESCINDED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.