United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eric Jayson Moyer  
Diana Moyer  
    Debtors

Case No. 18-01588-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 09, 2021      Form ID: pdf010      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Jayson Moyer, Diana Moyer, 321 Williams Street, Harrisburg, PA 17113-2663 |
| 5049614 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5049620 | + | GSP Management Co., 2846 West Main Street No 12A, Morgantown, PA 19543-9490 |
| 5049621 | + | Hartman Rehab Associates, 4 Willow Avenue, PO Box 1110, Lebanon, PA 17042-1110 |
| 5049623 | + | Joseph Donato, Tax Collector, PO Box 3255, Harrisburg, PA 17105-3255 |
| 5049626 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5049627 | + | MS Hershey Medical Center, Attn: Patient Financial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5049624 | + | McCabe, Weisberg and Conway, 123 S. Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 5182842 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5182843 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 5049632 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5073646 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5049629 | + | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5052792 | + | Pacific Union Financial, LLC, 1601 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6519 |
| 5049630 | + | Penn State MS Hershey Med Center, Billing Services, PO Box 854, Hershey, PA 17033-0854 |
| 5068924 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5049631 | + | Penn Waste, Inc., 85 Brick Yard Road, Manchester, PA 17345-9204 |
| 5049633 | + | Progressive Insurance Company, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 5049635 | + | United Water Pennsylvania, 8189 Adams Drive, Hummelstown, PA 17036-8036 |
| 5049637 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5049613 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 09 2021 19:15:05 | American InfoSource, LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5049615 | | Email/Text: documentfiling@lciinc.com | Jun 09 2021 19:08:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 5049616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 19:08:00 | Comenity Bank / Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 5049617 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 09 2021 19:08:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 5049618 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 09 2021 19:08:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5049619 | | Email/Text: G06041@att.com | Jun 09 2021 19:08:00 | DIRECTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5049622 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 09 2021 19:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5049625 | + | Email/Text: unger@members1st.org | Jun 09 2021 19:08:00 | Members 1st FCU, 5000 Louise Drive, |

| Recip ID | | Bypass Reason / Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mechanicsburg, PA 17055-4899 |
| 5049628 | + | Email/Text: Bankruptcies@nragroup.com | Jun 09 2021 19:08:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5051590 | | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2021 19:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5065181 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 09 2021 19:15:40 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5049634 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 09 2021 19:14:58 | Sprint Nextel, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207-0949 |
| 5074176 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 09 2021 19:15:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5049636 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 09 2021 19:08:00 | Verizon, 500 Technology Drive, Suite 30, Saint Charles, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5128193 | *+ | Pacific Union Financial, LLC, 1601 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6519 |
| 5070213 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway, SUite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |

| | |
|---|---|
| Lauren Marie Moyer | on behalf of Creditor Pacific Union Financial  LLC nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Diana Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Eric Jayson Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eric Jayson Moyer<br>**Debtor 1**<br>Diana Moyer<br>a/k/a Diana Meck-Moyer<br>f/k/a Diana Meck<br>a/k/a Diane Moyer<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-01588-HWV<br><br>**Matter:** Motion to Reconsider Order |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of May 13, 2021 IS HEREBY RESCINDED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.

Dated: June 9, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)