United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01588-HWV |
| Eric Jayson Moyer | Chapter 13 |
| Diana Moyer | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Aug 16, 2021  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

Recip ID        Recipient Name and Address
           +  Librandi Machine Shop Inc, Attn Payroll Administrator, 93 Airport Road, Middletown, PA 17057-5022

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:

**Name**        **Email Address**

Alexandra Teresa Garcia
           on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Danielle Boyle-Ebersole
           on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

Jack N Zaharopoulos (Trustee)
           TWecf@pamd13trustee.com

James Warmbrodt
           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

James Warmbrodt
           on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

| | |
|---|---|
| Lauren Marie Moyer | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Eric Jayson Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Diana Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eric Jayson Moyer<br>**Debtor 1**<br>Diana Moyer<br>a/k/a Diana Meck-Moyer<br>f/k/a Diana Meck<br>a/k/a Diane Moyer<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18-BK-01588-HWV<br><br>Matter: Motion for Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Eric Jayson Moyer, receives income from:

> Librandi Machine Shop, Inc.
> Attn: Payroll Administrator
> 93 Airport Road
> Middletown, PA 17057

Should deduct from said Debtor 1's income the sum of **$987.52** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

> Jack N. Zaharopoulos, Esquire
> Standing Chapter 13 Trustee
> PO Box 6008
> Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: August 16, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)