# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Eric Jayson Moyer
    Diana Moyer

Case No.: 1-18-01588 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 6314 |
| Property Address if applicable: | 321 Williams St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $37,117.65 |
| b. | Prepetition arrearages paid by the trustee: | $37,117.65 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $4,200.10 |
| f. | Postpetition arrearage paid by the trustee: | $4,200.10 |
| g. | Total b, d, and f: | $41,317.75 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from June 2018 to May 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,160.76 |
| The next post-petition payment was due on: | June 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 24, 2024                                     Respectfully submitted,


                                                              /s/ Jack N. Zaharopoulos
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Eric Jayson Moyer
     Diana Moyer

                                Case No.: 1-18-01588 HWV

                                Chapter 13

          **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011


**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741


Eric Jayson Moyer
Diana Moyer
321 Williams St
Harrisburg PA 17113


I certify under penalty of perjury that the foregoing is true and correct.


Date: September 24, 2024                     /s/ Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                email: info@pamd13trustee.com

# Disbursements for Claim

Case: 18-01588     ERIC JAYSON MOYER

NATIONSTAR MORTGAGE,LLC
PO BOX 619094

DALLAS, TX 75261-9741

Acct No: 6314

Sequence: 07
Modify:
Filed Date:
Hold Code:

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: $79,402.37 | Interest Paid: | $0.00 |
| Amt Due: $1,140.71 | | Paid: $79,402.37 | Accrued Int: | $0.00 |
| | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |

**5010    NATIONSTAR MORTGAGE,LLC**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/22/2024 | 2036554 | $1,140.71 | $0.00 | $1,140.71 | 06/03/2024 |
| | | | | | Payment for 5/2024 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/17/2024 | 2035548 | $1,140.71 | $0.00 | $1,140.71 | 04/25/2024 |
| | | | | | Payment for 4/2024 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/14/2024 | 2034584 | $1,140.71 | $0.00 | $1,140.71 | 03/27/2024 |
| | | | | | Payment for 3/2024 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/14/2024 | 2033622 | $1,140.71 | $0.00 | $1,140.71 | 02/28/2024 |
| | | | | | Payment for 1/2024 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/14/2024 | 2033622 | $1,140.71 | $0.00 | $1,140.71 | 02/28/2024 |
| | | | | | Payment for 2/2024 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/19/2023 | 2031798 | $1,140.71 | $0.00 | $1,140.71 | 01/03/2024 |
| | | | | | Payment for 12/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/15/2023 | 2030841 | $1,140.71 | $0.00 | $1,140.71 | 11/29/2023 |
| | | | | | Payment for 11/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2023 | 2029892 | $1,140.71 | $0.00 | $1,140.71 | 11/01/2023 |
| | | | | | Payment for 10/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/19/2023 | 2028905 | $1,140.71 | $0.00 | $1,140.71 | 09/29/2023 |
| | | | | | Payment for 9/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/09/2023 | 2027884 | $1,120.55 | $0.00 | $1,120.55 | 08/17/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/11/2023 | 2026906 | $1,120.55 | $0.00 | $1,120.55 | 07/20/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/13/2023 | 2025988 | $1,120.55 | $0.00 | $1,120.55 | 06/23/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/16/2023 | 2025046 | $1,120.55 | $0.00 | $1,120.55 | 05/26/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $1,120.55 | $0.00 | $1,120.55 | 04/28/2023 |
| | | | | | Payment for 4/2023 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $1,120.55 | $0.00 | $1,120.55 | 04/28/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/15/2023 | 2021996 | $1,120.55 | $0.00 | $1,120.55 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $1,120.55 | $0.00 | $1,120.55 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/13/2022 | 2019996 | $1,120.55 | $0.00 | $1,120.55 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2022 | 2019046 | $1,120.55 | $0.00 | $1,120.55 | 12/09/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2022 | 2018003 | $1,120.55 | $0.00 | $1,120.55 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/13/2022 | 2016948 | $1,120.55 | $0.00 | $1,120.55 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/17/2022 | 2015924 | $1,120.55 | $0.00 | $1,120.55 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/13/2022 | 2014862 | $1,116.77 | $0.00 | $1,116.77 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/14/2022 | 2013897 | $1,116.77 | $0.00 | $1,116.77 | 06/24/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/17/2022 | 2012858 | $1,116.77 | $0.00 | $1,116.77 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/12/2022 | 2011784 | $1,116.77 | $0.00 | $1,116.77 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/16/2022 | 2010766 | $1,116.77 | $0.00 | $1,116.77 | 03/24/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/16/2022 | 2010766 | $1,116.77 | $0.00 | $1,116.77 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2022 | 2008803 | $1,116.77 | $0.00 | $1,116.77 | 02/01/2022 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2022 | 2008803 | $1,116.77 | $0.00 | $1,116.77 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2022 | 2008803 | $1,116.77 | $0.00 | $1,116.77 | 02/01/2022 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/15/2021 | 2007796 | $1,090.62 | $0.00 | $1,090.62 | 12/24/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2021 | 2006770 | $1,090.62 | $0.00 | $1,090.62 | 11/24/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2021 | 2006770 | $1,090.62 | $0.00 | $1,090.62 | 11/24/2021 |
| | | | | | | | Payment for 9/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $1,090.62 | $0.00 | $1,090.62 | 10/21/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $1,090.62 | $0.00 | $1,090.62 | 10/21/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $1,090.62 | $0.00 | $1,090.62 | 10/21/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/18/2021 | 2003689 | $1,090.62 | $0.00 | $1,090.62 | 09/03/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/18/2021 | 2003689 | $1,090.62 | $0.00 | $1,090.62 | 09/03/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/18/2021 | 2003689 | $1,090.62 | $0.00 | $1,090.62 | 09/03/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2021 | 1226204 | $1,090.62 | $0.00 | $1,090.62 | 01/27/2021 |
| | | | | | Payment for 1/2021 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/10/2020 | 1224417 | $1,090.62 | $0.00 | $1,090.62 | 12/17/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/10/2020 | 1224417 | $1,090.62 | $0.00 | $1,090.62 | 12/17/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/15/2020 | 1222650 | $1,090.62 | $0.00 | $1,090.62 | 10/23/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/17/2020 | 1221653 | $1,090.62 | $0.00 | $1,090.62 | 09/24/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/12/2020 | 1220592 | $1,090.62 | $0.00 | $1,090.62 | 08/19/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/07/2020 | 1219554 | $1,094.96 | $0.00 | $1,094.96 | 07/20/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/07/2020 | 1219554 | $1,090.62 | $0.00 | $1,090.62 | 07/20/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/02/2020 | 1218523 | $1,094.96 | $0.00 | $1,094.96 | 06/12/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/14/2020 | 1216514 | $1,094.96 | $0.00 | $1,094.96 | 04/23/2020 |
| | | | | | Payment for 4/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/12/2020 | 1215233 | $1,094.96 | $0.00 | $1,094.96 | 03/19/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/13/2020 | 1213919 | $1,094.96 | $0.00 | $1,094.96 | 02/21/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/16/2020 | 1212567 | $1,094.96 | $0.00 | $1,094.96 | 01/27/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/12/2019 | 1211207 | $1,094.96 | $0.00 | $1,094.96 | 12/19/2019 |
| | | | | | Payment for 12/2019 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/07/2019 | 1209852 | $1,094.96 | $0.00 | $1,094.96 | 11/15/2019 |
| | | | | | Payment for 10/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/07/2019 | 1209852 | $1,094.96 | $0.00 | $1,094.96 | 11/15/2019 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/26/2019 | 1207554 | $1,094.96 | $0.00 | $1,094.96 | 10/03/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/07/2019 | 1206085 | $1,094.96 | $0.00 | $1,094.96 | 08/20/2019 |
| | | | | | Payment for 8/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/11/2019 | 1204729 | $1,094.96 | $0.00 | $1,094.96 | 07/23/2019 |
| | | | | | Payment for 7/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/06/2019 | 1203336 | $1,071.42 | $0.00 | $1,071.42 | 06/18/2019 |
| | | | | | Payment for 6/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/09/2019 | 1202027 | $1,071.42 | $0.00 | $1,071.42 | 05/20/2019 |
| | | | | | Payment for 5/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/11/2019 | 1200685 | $1,071.42 | $0.00 | $1,071.42 | 04/19/2019 |
| | | | | | Payment for 4/2019 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 03/12/2019 | 1199399 | $1,071.42 | $0.00 | $1,071.42 | 03/26/2019 |
| | | | | | Payment for 3/2019 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 02/07/2019 | 1198135 | $1,071.42 | $0.00 | $1,071.42 | 02/20/2019 |
| | | | | | Payment for 1/2019 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 02/07/2019 | 1198135 | $1,071.42 | $0.00 | $1,071.42 | 02/20/2019 |
| | | | | | Payment for 2/2019 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 01/10/2019 | 1197010 | $1,071.42 | $0.00 | $1,071.42 | 01/17/2019 |
| | | | | | Payment for 11/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 01/10/2019 | 1197010 | $1,071.42 | $0.00 | $1,071.42 | 01/17/2019 |
| | | | | | Payment for 12/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 12/13/2018 | 1195633 | $1,071.42 | $0.00 | $1,071.42 | 12/19/2018 |
| | | | | | Payment for 10/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 11/08/2018 | 1194238 | $1,071.42 | $0.00 | $1,071.42 | 11/19/2018 |
| | | | | | Payment for 9/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 10/10/2018 | 1192881 | $1,071.42 | $0.00 | $1,071.42 | 10/17/2018 |
| | | | | | Payment for 8/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 09/06/2018 | 1191543 | $1,071.42 | $0.00 | $1,071.42 | 09/14/2018 |
| | | | | | Payment for 7/2018 | | | |
| 501-0 | PACIFIC UNION FINANCIAL, LLC | | 08/09/2018 | 1190228 | $1,071.42 | $0.00 | $1,071.42 | 08/15/2018 |
| | | | | | Payment for 6/2018 | | | |

Sub-totals: $79,402.37   $0.00   $79,402.37

Grand Total: $79,402.37   $0.00

# Disbursements for Claim

**Case:** 18-01588     **ERIC JAYSON MOYER**

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX   75261-

Acct No: 6314 postarrears williams st

11/18 POST ARREARS (STIP)    NOT PROVIDED FOR 1ST AP

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | | |
|---|---|---|---|
| Amt Sched: | $0.00 | Debt: $4,200.10 | Interest Paid: $0.00 |
| Amt Due: | $0.00 | Paid: $4,200.10 | Accrued Int: $0.00 |
| | | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2024 | 2040164 | $2,905.50 | $0.00 | $2,905.50 | |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226202 | $55.69 | $0.00 | $55.69 | 01/28/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/10/2020 | 1224415 | $111.40 | $0.00 | $111.40 | 12/17/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222648 | $53.87 | $0.00 | $53.87 | 10/23/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2020 | 1221651 | $136.23 | $0.00 | $136.23 | 09/24/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/12/2020 | 1220590 | $53.87 | $0.00 | $53.87 | 08/21/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/07/2020 | 1219552 | $133.98 | $0.00 | $133.98 | 07/21/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/14/2020 | 1216512 | $144.85 | $0.00 | $144.85 | 04/23/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/12/2020 | 1215231 | $59.46 | $0.00 | $59.46 | 03/19/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/13/2020 | 1213917 | $59.47 | $0.00 | $59.47 | 02/21/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/16/2020 | 1212565 | $59.47 | $0.00 | $59.47 | 01/27/2020 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/12/2019 | 1211205 | $144.85 | $0.00 | $144.85 | 12/19/2019 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/07/2019 | 1209851 | $37.40 | $0.00 | $37.40 | 11/15/2019 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/26/2019 | 1207553 | $148.33 | $0.00 | $148.33 | 10/03/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2019 | 1206084 | $59.10 | $0.00 | $59.10 | 08/20/2019 |
| 521-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2019 | 1204728 | $36.63 | $0.00 | $36.63 | 07/23/2019 |
| | | | | **Sub-totals:** | **$4,200.10** | **$0.00** | **$4,200.10** | |
| | | | | **Grand Total:** | **$4,200.10** | **$0.00** | | |

**Case:** 18-01588    **ERIC JAYSON MOYER**

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX  75261-

Acct No: 6314/PRE ARREARS/321 WILL

Sequence: 24
Modify:
Filed Date: 6/7/2018 12:00:00AM
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $133,518.13 | Debt: $37,117.65 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $37,117.65 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/14/2024 | 2034582 | $404.77 | $0.00 | $404.77 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/14/2024 | 2033620 | $931.22 | $0.00 | $931.22 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/19/2023 | 2031796 | $2,071.93 | $0.00 | $2,071.93 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/15/2023 | 2030839 | $1,001.05 | $0.00 | $1,001.05 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2023 | 2029890 | $1,112.79 | $0.00 | $1,112.79 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/19/2023 | 2028903 | $2,239.54 | $0.00 | $2,239.54 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/09/2023 | 2027882 | $1,123.13 | $0.00 | $1,123.13 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2023 | 2026904 | $1,113.31 | $0.00 | $1,113.31 | 07/20/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/13/2023 | 2025986 | $1,025.61 | $0.00 | $1,025.61 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/16/2023 | 2025044 | $1,025.61 | $0.00 | $1,025.61 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/18/2023 | 2024027 | $2,051.22 | $0.00 | $2,051.22 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/15/2023 | 2021994 | $1,025.61 | $0.00 | $1,025.61 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/18/2023 | 2020995 | $2,098.69 | $0.00 | $2,098.69 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/13/2022 | 2019994 | $883.27 | $0.00 | $883.27 | 12/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2022 | 2019043 | $240.93 | $0.00 | $240.93 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2022 | 2018000 | $843.01 | $0.00 | $843.01 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/13/2022 | 2016946 | $591.73 | $0.00 | $591.73 | 09/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/17/2022 | 2015921 | $1,824.79 | $0.00 | $1,824.79 | 08/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/13/2022 | 2014859 | $710.69 | $0.00 | $710.69 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/14/2022 | 2013895 | $710.69 | $0.00 | $710.69 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/17/2022 | 2012855 | $710.69 | $0.00 | $710.69 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/12/2022 | 2011781 | $1,624.42 | $0.00 | $1,624.42 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/16/2022 | 2010764 | $312.11 | $0.00 | $312.11 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226202 | $492.22 | $0.00 | $492.22 | 01/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/10/2020 | 1224415 | $984.44 | $0.00 | $984.44 | 12/17/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222648 | $476.05 | $0.00 | $476.05 | 10/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2020 | 1221651 | $1,203.96 | $0.00 | $1,203.96 | 09/24/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/12/2020 | 1220590 | $476.05 | $0.00 | $476.05 | 08/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/07/2020 | 1219552 | $1,183.93 | $0.00 | $1,183.93 | 07/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/14/2020 | 1216512 | $1,280.13 | $0.00 | $1,280.13 | 04/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/12/2020 | 1215231 | $525.54 | $0.00 | $525.54 | 03/19/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/13/2020 | 1213917 | $525.53 | $0.00 | $525.53 | 02/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/16/2020 | 1212565 | $525.53 | $0.00 | $525.53 | 01/27/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/12/2019 | 1211205 | $1,280.13 | $0.00 | $1,280.13 | 12/19/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/07/2019 | 1209851 | $330.43 | $0.00 | $330.43 | 11/15/2019 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/26/2019 | 1207553 | $1,310.86 | $0.00 | $1,310.86 | 10/03/2019 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/07/2019 | 1206084 | $522.30 | $0.00 | $522.30 | 08/20/2019 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2019 | 1204728 | $323.74 | $0.00 | $323.74 | 07/23/2019 |
| | | | | Sub-totals: | $37,117.65 | $0.00 | $37,117.65 | |
| | | | | Grand Total: | $37,117.65 | $0.00 | | |