UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Eric Jayson Moyer,<br><br>                                   Debtor,<br><br>Diana Moyer aka Diana Meck-Moyer<br>fka Diana Meck aka Diane Moyer,<br>                              Joint Debtor,<br><br>Jack N. Zaharopoulos,<br><br>                                Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>                            Respondent. | Case No.: 18-01588-HWV<br><br><br>Chapter 13 |

### RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 6) PREPETITION ARREARAGE HAS BEEN PAID IN FULL

TO: THE CLERK, U.S. BANKRUPTCY COURT:

      In response to the Notice that Mortgage Claim (Court Claim No. 6) Prepetition arrearage has been paid in full, filed on September 24, 2024, Nationstar Mortgage LLC hereby declares that, as of October 8, 2024, the account has been brought current and is due for the January 1, 2025 payment.

Date: October 8, 2024

                                    Respectfully submitted,

                                    /s/ *Robert Wendt*, Esquire
                                    By: Robert Wendt, Esquire
                                    rwendt@leopoldassociates.com
                                    Attorney ID No. 89150
                                    Leopold & Associates, PLLC
                                    275 Curry Hollow Road, Building 1
                                    Suite 280
                                    Pittsburgh, PA 15236
                                    (914)-219-5787 x490
                                    Attorney for Creditor

| | |
|---|---|
| In re: | Case No.: 18-01588-HWV |
| Eric Jayson Moyer, | |
| Debtor, | Chapter 13 |
| Diana Moyer aka Diana Meck-Moyer fka Diana Meck aka Diane Moyer, | |
| Joint Debtor, | |
| Jack N. Zaharopoulos, | |
| Movant, | |
| vs. | |
| Nationstar Mortgage LLC, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 6) PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on October 8, 2024, by first class mail, and/or electronic means upon those listed below:

Eric Jayson Moyer
Debtor
321 Williams Street
Harrisburg, PA 17113

Diana Moyer aka Diana Meck-Moyer
fka Diana Meck aka Diane Moyer
Joint Debtor
321 Williams Street
Harrisburg, PA 17113

Paul Donald Murphy-Ahles, Esq.
Dethlefs Pykosh & Murphy
Attorneys for Debtors
2132 Market Street
Camp Hill, PA 17011                    CONTINUED ON NEXT PAGE

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102


    Date: October 8, 2024


        /s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor