United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eric Jayson Moyer  
Diana Moyer  
    Debtors

Case No. 18-01588-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 13, 2024      Form ID: fnldecnd      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Jayson Moyer, Diana Moyer, 321 Williams Street, Harrisburg, PA 17113-2663 |
| 5049620 | + | GSP Management Co., 2846 West Main Street No 12A, Morgantown, PA 19543-9490 |
| 5049623 | + | Joseph Donato, Tax Collector, PO Box 3255, Harrisburg, PA 17105-3255 |
| 5049627 | + | MS Hershey Medical Center, Attn: Patient Financial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5049624 | + | McCabe, Weisberg and Conway, 123 S. Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 5052792 | + | Pacific Union Financial, LLC, 1601 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6512 |
| 5049630 | + | Penn State MS Hershey Med Center, Billing Services, PO Box 854, Hershey, PA 17033-0854 |
| 5068924 | + | Penn Waste Inc, PO Box 3066, York, PA 17402-0066 |
| 5049631 | + | Penn Waste, Inc., 85 Brick Yard Road, Manchester, PA 17345-9204 |
| 5545022 | + | Swatara Township Stormwater Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5545016 | + | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5049635 | + | United Water Pennsylvania, 8189 Adams Drive, Hummelstown, PA 17036-8036 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5049613 | | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2024 18:47:07 | American InfoSource, LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5049614 | | Email/Text: Bankruptcy@BAMcollections.com | Nov 13 2024 18:36:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5049615 | | Email/Text: documentfiling@lciinc.com | Nov 13 2024 18:36:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 5049616 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2024 18:36:00 | Comenity Bank / Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 5049617 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 13 2024 18:36:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 5049618 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 13 2024 18:36:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5049619 | | Email/Text: G06041@att.com | Nov 13 2024 18:36:00 | DIRECTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5049622 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2024 18:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5049626 | ^ | MEBN | Nov 13 2024 18:34:49 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5049625 | + | Email/Text: unger@members1st.org | Nov 13 2024 18:36:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5049628 | + | Email/Text: Bankruptcies@nragroup.com | Nov 13 2024 18:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5182843 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 18:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5182842 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 18:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5049632 | ^ | MEBN | Nov 13 2024 18:34:51 | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5073646 | ^ | MEBN | Nov 13 2024 18:34:58 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5049629 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 18:36:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5049633 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 13 2024 18:36:00 | Progressive Insurance Company, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 5051590 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 18:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5065181 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 13 2024 18:47:03 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5049634 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 13 2024 18:47:03 | Sprint Nextel, Attn: Bankruptcy Department, PO Box 7949, Overland Park, KS 66207-0949 |
| 5074176 | | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2024 18:47:07 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5049636 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 13 2024 18:36:00 | Verizon, 500 Technology Drive, Suite 30, Saint Charles, MO 63304-2225 |
| 5049637 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2024 18:47:07 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5049621 | | Hartman Rehab Associates, Removed per entry 70 |
| cr | *+ | Swatara Township Stormwater Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5128193 | *+ | Pacific Union Financial, LLC, 1601 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6512 |
| 5070213 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway, SUite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com  cistewart@logs.com |
| Danielle Boyle-Ebersole | on behalf of Creditor Towd Point Mortgage Trust 2016-4  U.S. Bank National Association as Indenture Trustee c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Swatara Township Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Lauren Marie Moyer | on behalf of Creditor Pacific Union Financial  LLC bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Diana Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Eric Jayson Moyer pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert Patrick Wendt | on behalf of Creditor Nationstar Mortgage LLC LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 17

In re:

| | |
|---|---|
| Eric Jayson Moyer, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:18−bk−01588−HWV |
| Diana Moyer,<br>aka Diana Meck−Moyer, aka Diane Moyer, fka Diana Meck, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−6327    xxx−xx−9103

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Eric Jayson Moyer and Diana Moyer** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 13, 2024

**fnldec** (01/22)